```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

DENISE CRUMWELL, *On Behalf Of Herself And All Other Persons Similarly Situated*,

                              Plaintiff,

            -against-

PRICE WHACK LLC,

                             Defendant.

-------------------------------------------------------------------- X

1:23-cv-2247-GHW

ORDER

GREGORY H. WOODS, District Judge:

       As discussed at the June 20, 2023, Defendant's anticipated motion to dismiss must be filed and served no later than July 18, 2023. Plaintiff's opposition must be filed and served no later than three weeks from the date of Defendant's motion; Defendant's reply, if any, must be filed and served no later than one week from the date of Plaintiff's opposition.

       SO ORDERED.

Dated: June 20, 2023
New York, New York

                                                              _____
                                                                GREGORY H. WOODS
                                                            United States District Judge