USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/2023



Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Mark Berkowitz**
Partner
212-216-1166
mberkowitz@tarterkrinsky.com

# MEMORANDUM ENDORSED

<u>Via ECF</u>                                                                                                July 12, 2023

The Honorable Gregory H. Woods, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Room 2260
New York, NY 10007

      Re:   *Crumwell v. Price Whack LLC*, No. 1:23-cv-02247-GHW
            <u>Consent Request to Adjourn July 14, 2023 Initial Conference</u>

Dear Judge Woods:

      We represent Defendant Price Whack LLC ("Defendant") in the above-referenced matter. Pursuant to Your Honor's Individual Rule 1.E, we write with the consent of counsel for Plaintiff to request an adjournment of the in-person Initial Conference currently scheduled for this **Friday, July 14, 2023 at 4:00 p.m** until a date in mid-August.

      The reason for the requested adjournment is to allow the parties additional time to discuss a potential settlement. As discussed during the pre-motion conference held on June 20, 2023, Plaintiff has provided Defendant with information regarding alleged issues to be addressed on Defendant's accused website. Defendant requires additional time to review Plaintiff's allegations and to explore a resolution.

      Plaintiff consents to this request for an adjournment of the Initial Conference. This is the parties' first request for an extension in this matter.

      We thank Your Honor for your consideration on this matter.

                                                       Respectfully submitted,

                                                       <u>*s/ Mark Berkowitz*</u>

                                                       Mark Berkowitz

cc: All Counsel of Record via ECF

---

Application granted. The initial conference previously scheduled for July 14, 2023 at 4:00 p.m. is adjourned to August 17, 2023 at 3:00 p.m. While the parties have submitted a joint letter and proposed case management plan in advance of the previously anticipated July 14 conference, *see* Dkt. No. 14, if the parties wish to resubmit either document, they may (but need not do so) by no later than August 10, 2023. All other information concerning the conference in the Court's original order scheduling the pretrial conference, Dkt. No. 6, remains unchanged.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated: July 12, 2023
New York, New York

                                                       GREGORY H. WOODS
                                                   United States District Judge