# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

DENISE CRUMWELL, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiff,

    v.

PRICE WHACK LLC,

        Defendants

---------------------------------------- x

No.: 1:23-cv-2247

ECF CASE

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DENISE CRUMWELL, and Defendant, PRICE WHACK LLC, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       October 16, 2023

GOTTLIEB & ASSOCIATES

_/s/ Jeffrey M. Gottlieb_
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiff*

TARTER KRINSKY & DROGIN LLP

_/s/ Mark Berkowitz_
Mark Berkowitz, Esq.
1350 Broadway
New York, NY 10018
Phone: 212-216-1166
Fax: 212-216-8001
mberkowitz@tarterkrinsky.com

*Attorney for Defendant*

The parties have stipulated to the dismissal of this action with prejudice under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 24, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge